798 A.2d 202

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Steven P. GREEN, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 2002.

Steven P. Green, Pro Se.

Francis J. Schultz, Meadille, for Commonwealth of Pennsylvania.

**3.** In this regard, it should be noted that Appellee has not proceeded *in forma pauperis*.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of June 2002, the Petition for Allowance of Appeal is granted, the order of the Superior Court is reversed, and the matter is remanded to the trial court with direction to grant Petitioner an appeal *nunc pro tunc.*